IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GEORGIE ANUFRIEV,

      Plaintiff,

      v.

SILVERTON POLICE DEPARTMENT;
MARION COUNTY SHERIFF'S
DEPARTMENT; HALEY HIBBS;
JONATHAN LAMOREAUX;
ELENA POSIADLO; *and*
DAVID POSIADLO,

      Defendants.

_____

Civ. No. 6:25-cv-02441-AP

ORDER

MCSHANE, Judge:

Magistrate Judge Amy Potter filed a Findings and Recommendation (ECF No. 25), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). Plaintiff submitted nine objections. See ECF No. 27. I find no error and conclude Magistrate Judge Potter's report is correct. Magistrate Judge Potter's Findings and Recommendation (ECF No. 25) is adopted. Plaintiffs' claims, ECF No. 1, are therefore dismissed with prejudice.

IT IS SO ORDERED.

      DATED this 6th day of May 2026.

                           _____/s/ Michael J. McShane_____
                                 Michael McShane
                            United States District Judge

1 – ORDER